## Frank M. McKey, Appellee, v. William Emanuel et al., Appellants.

### Gen. No. 18,432.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. WALKER, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1912. Transferred to Supreme Court. Opinion filed January 3, 1914.

### Statement of the Case.

Bill by Frank M. McKey, trustee in bankruptcy of the estate of William Emanuel, against William Emanuel and Fannie Emanuel, his wife, to set aside an alleged fraudulent conveyance by the defendant William Emanuel to the defendant Fannie Emanuel of certain real estate. The bill prayed that the property be adjudged to be the property of William Emanuel and that said Fannie Emanuel be ordered to convey the property to the complainant, as trustee, and that in case of her failure to do so a master in chancery or some other person be appointed to make the conveyance. From a decree granting the relief prayed, defendants appeal.

S. A. McELMEE, for appellants.

JAMES D. POWER, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

### Abstract of the Decision.

APPEAL AND ERROR, § 140*—*when freehold involved.* A bill in equity by a trustee in bankruptcy to set aside a conveyance from the bankrupt to his wife involves a freehold (*Daly v. Kohn,* 230 Ill. 436 followed).

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.